NICKEL et al. v. WARDELL, Collector of Internal Revenue of First District of California.    (Circuit Court of Appeals, Ninth Circuit.    October 16, 1918.)    No. 3168.    Appeal from the District Court of the United States for the Second Division of the Northern District of California.    Edward F. Treadwell, E. S. Pillsbury, and Alfred Sutro, all of San Francisco, Cal., for appellants.    Annette Abbott Adams, U. S. Atty., of San Francisco, Cal., for appellee.

PER CURIAM.    Pursuant to request of counsel for appellants, appeal dismissed.

---

OLSON & MAHONEY, Inc., et al. v. EVERSON et al.    (Circuit Court of Appeals, Ninth Circuit.    September 25, 1918.)    No. 3208.    Appeal from the District Court of the United States for the First Division of the Northern District of California.    See, also, 231 Fed. 559.    William Penn Humphreys, of San Francisco, Cal., for appellants.    Andros & Hengstler, of San Francisco, Cal., for appellees.

PER CURIAM.    Appeal dismissed by clerk, pursuant to rule 20 (208 Fed. xi, 124 C. C. A. xi) and agreement of counsel.

---

SHUR v. UNITED STATES.    (Circuit Court of Appeals, Eighth Circuit. June 4, 1918.)    No. 5029.    In Error to the District Court of the United States for the District of Minnesota.    Victor L. Power, of Hibbing, Minn., and M. E. Louisell, of Duluth, Minn., for plaintiff in error.    Alfred Jaques, U. S. Atty., of Duluth, Minn.

PER CURIAM.    Writ of error dismissed, without costs to either party in this court for want of prosecution, on motion of defendant in error.

---

SIMMONS v. UNITED STATES.    (Circuit Court of Appeals, Eighth Circuit. May 6, 1918.)    No. 4948.    In Error to the District Court of the United States for the Western District of Oklahoma.    W. A. Briggs, of Woodward, Okl., for plaintiff in error.    John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM.    Writ of error dismissed, without costs to either party in this court, for want of prosecution.